# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| **JEFFREY R. WILSON** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **Civil Action File No. 2:14-cv-2316** |
| **v.** | : | |
| | : | **Judge Gregory L. Frost** |
| **ROBERT R. BAHNSON et al.,** | : | **Magistrate Judge Terrence Kemp** |
| | : | |
| **Defendants.** | : | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jeffrey R. Wilson hereby voluntarily dismisses with prejudice all claims that have been brought or could have been brought against any and all named Defendants in this action.  Each party shall bear its own costs of the litigation.

/s/ Michael J. Wilson
Michael J. Wilson
Registration No.:  0088311
Attorney for Plaintiff
Wilson & Wilson Co., L.P.A.
16716 Chillicothe Rd., Suite 100
Chagrin Falls, OH 44023-4529
T (440) 708-0445  F (440) 708-0511
mjwilson@wwcolpa.com

1

<u>CERTIFCATE OF SERVICE</u>

The undersigned hereby certifies that on March 17, 2015, the foregoing Notice of

Voluntary Dismissal was filed with the Clerk of Court using the CM/ECF system which will

send notification of such filing to registered counsel electronically.


<u>/s/ Michael J. Wilson</u>
Michael J. Wilson